## Gordon & Gordon
### Attorneys at Law

108-18 Queens Blvd., 6th Floor
Forest Hills, N.Y. 11375

Phone: (718) 544-7070
Fax:    (718) 544-0994

Peter S. Gordon, Esq.
Maris R. Gordon, Esq.

www.gordonesq.com

June 26, 2019

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **Re: Limtung v Peter S. Thomas et al**
        **Civil Action No. 19-cv-3646-RRM-SJB**

To the Honorable Roslynn R. Mauskopf,

  The law firm of Gordon & Gordon represents Defendant, Peter S. Thomas Esq., in the above referenced matter. Plaintiff, Hin Y. Limtung has filed a complaint, alleging, amongst other things, violation of his due process rights. This Court previously dismissed all claims against Defendant, Peter S. Thomas under civil action number 1:16-cv-00100-RRM-SJB, under which Plaintiff, Hin Y. Limtung sought the same set of relief as it arises out of the same set of facts; namely the foreclosure and subsequent sale of the property located at 31-70 Crescent Street, Astoria, NY 11106. Defendant Peter S. Thomas was the substituted referee in the sale of the property and the property was already sold on June 20, 2019.

  Based on the foregoing, Defendant, Peter S. Thomas requests leave to file a pre-answer motion to dismiss all claims against him on the basis of, including but not limited to, judicial immunity and res judicata as well as a motion for sanctions against Plaintiff, Hin Y. Limtung.

  I thank the Court for its consideration toward this matter.

        Respectfully submitted,
        Gordon & Gordon, P.C.

        ***/s/Supriya Kichloo, Esq.,***
        Supriya Kichloo, Esq.

1

# Gordon & Gordon
## Attorneys at Law

**108-18 Queens Blvd., 6th Floor**
**Forest Hills, N.Y. 11375**

Phone: (718) 544-7070
Fax:    (718) 544-0994

Peter S. Gordon, Esq.
Maris R. Gordon, Esq.

www.gordonesq.com

To:   Hin Y. Limtung,
      Plaintiff
      31-70 Crescent Street, Ste T1
      Astoria, NY 11106
      **Via Regular Mail**

      **Via ECF to all other defendants**

2